NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE M. SOTO,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3071

---

Petition for review of the Merit Systems Protection Board in case no. DA0831100545-I-1.

---

## ON MOTION

---

Before PROST, MAYER, AND GAJARSA, *Circuit Judges.*

PER CURIAM.

## O R D E R

Jose M. Soto moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 2 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward P. Fahey, Jr., Esq.
Douglas G. Edelschick, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 6 2011

JAN HORBALY
CLERK